```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 05186
    ROBERT PATTERSON
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

         Debtor
    SSN XXX-XX-5194

---------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/05/08 .

     2.  The case was dismissed without confirmation, 04/25/2008.

---------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                            PAID             PAID
---------------------------------------------------------------------

        Summary of disbursements:
---------------------------------------------------------------------
                   SECURED     PRIORITY   UNSECURED       OTHER          TOTAL
---------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00         .00         .00            .00
PRINCIPAL PAID         .00          .00         .00         .00            .00
INTEREST PAID          .00          .00         .00         .00            .00
TOTAL PAID             .00          .00         .00         .00            .00
The Debtor's attorney, PRO SE DEBTOR                  , was allowed $      .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




    Dated: 07/17/08              /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 08 B 05186 ROBERT PATTERSON
```